UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENERAL MILLS, INC.,

                Plaintiff,

-v-

CHAMPION PETFOODS USA, INC. and
MODESTINO MELE,

                Defendants.

No. 20-CV-181 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at Oral Argument held on January 23, 2020:

Plaintiff's application for a Preliminary Injunction is GRANTED. Accordingly, the restraints enumerated in the Temporary Restraining Order issued on January 9, 2020, (Dkt. No. 6), and adopted on January 10, 2020, (Dkt. No. 10), are hereby adopted and converted into a Preliminary Injunction. Additionally, Plaintiff is hereby ordered to post a bond of $50,000 by Tuesday, January 28, 2020.

Defendants' Motion to Dissolve the Temporary Restraining Order is DENIED.

Defendants' Motion to Dismiss and Compel Arbitration is GRANTED IN PART and DENIED IN PART. Accordingly, the Parties are ordered to proceed to arbitration for a determination of the arbitrability of the instant dispute. Further proceedings in this Court are stayed pending resolution of that issue by the arbitrator.

SO ORDERED.

Dated: January 27, 2020
      White Plains, New York

                                      KENNETH M. KARAS
                                      United States District Judge