IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL MILLS, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>CHAMPION PETFOODS USA, INC., and<br><br>MODESTINO MELE<br><br>*Defendants*. | Civil Action No. 7:20-cv-00181 |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants appeal to the United States Court of Appeals for the Second Circuit from an order denying Defendants' Motion to Dismiss and Compel Arbitration (ECF No. 23) entered in this action on January 23, 2020.

Respectfully submitted,

**DEFENDANTS**

By their attorneys,

*/s/Michael Sheehan*

Brian S. Cousin
Mark D. Meredith
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173-1922
bcousin@mwe.com
mmeredith@mwe.com

Michael Sheehan
Brian Mead
McDermott Will & Emery LLP
444 West Lake Street

1

Chicago, Illinois 60606
(312) 984-2040 (phone)
(312) 884-7700 (fax)
msheehan@mwe.com

Dated: January 27, 2020

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2020, the undersigned filed a copy of the above and foregoing via the Court's CM/ECF system, which will send notification of such filing to all registered participants.

                                                                 /s/Michael Sheehan

DM_US 165378611-1.109913.0011