

**MEMO ENDORSED**

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

February 5, 2020

Eric A. Savage
212.583.2695 direct
212.583.9600 main
973.215.2620 fax
esavage@littler.com

**VIA ECF**

Hon. Kenneth M. Karas, U.S.D.J.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *General Mills, Inc. v. Champion Petfoods USA, Inc. and Modestino Mele*
Civil Action No. 20-181 (KMK)

Dear Judge Karas:

We represent plaintiff in the above matter. We write regarding the order (Dkt. No. 52) scheduling a conference for February 6, 2020 at 11:30 am. I am presently in Florida on family matters having left Tuesday night and returning on Sunday, February 9.

That being the case, we request that the conference be adjourned until February 10 in the morning or any time on February 11. Although I could participate by telephone on February 6, my preference is that the conference be adjourned so that I can participate in person. I have been in touch with adversary counsel who advise that they do not consent to an adjournment but will agree to my telephonic participation.

We appreciate the Court's consideration and will await Your Honor's directions.

Respectfully submitted,

E A Savage

Eric A. Savage

cc: All Counsel of Record (via ECF)

4829-5968-5299.1 040218.2427

The conference will go forward as scheduled on February 6. Counsel may appear by telephone.

So Ordered.
KMK
2/5/20

littler.com