7:20-cv-00181-KMK

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand twenty.

Before:     William J. Nardini,
                 *Circuit Judge.*

_____

General Mills, Inc.,

       Plaintiff - Appellee,

v.

Champion Petfoods USA, Inc., Modestino Mele,

       Defendants - Appellants.

_____

**ORDER**

Docket No. 20-360

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb 27 2020

Appellants request that the Court stay or modify the district court's preliminary injunction order pending appeal. They also seek an immediate administrative stay pending resolution of the motion for a stay pending appeal.

IT IS HEREBY ORDERED that the request to stay or modify the preliminary injunction pending appeal is REFERRED to the next available motions panel. The request for an immediate administrative stay is DENIED.

       For the Court:
       Catherine O'Hagan Wolfe,
       Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 02/27/2020