S.D.N.Y. – W.P.
20-cv-181
Karas, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of March, two thousand twenty.

Present:
> Dennis Jacobs,
> Rosemary S. Pooler,
> > *Circuit Judges*,
>
> Mark A. Barnett,∗
> > *Judge*.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Mar 26 2020
```

General Mills, Inc.,

> *Plaintiff-Appellee*,

v.                                                              20-360

Champion Petfoods USA, Inc., Modestino Mele,

> *Defendants-Appellants*.

Appellants move to stay a district court order imposing a preliminary injunction. Upon due consideration, it is hereby ORDERED that motion is DENIED because Appellants have not met the requirements for a stay. *See U.S. Sec. & Exch. Comm'n v. Citigroup Global Mkts., Inc.*, 673 F.3d 158, 162–63 (2d Cir. 2012).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

---

∗ Judge Mark A. Barnett, of the United States Court of International Trade, sitting by designation.



CERTIFIED COPY ISSUED ON 03/26/2020